McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 18 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(D) INTERNET PROTOCOL ADDRESSES IDENTIFIED IN ATTACHMENT A | CASE NO. 2:18-SW-650 DB<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL |

The United States' motion to unseal the § 2703 application, order, and this case is GRANTED.

DATED: 3-18-19

Hon. Deborah Barnes
United States Magistrate Judge

1

# ATTACHMENT A

## I. The Accounts

The Order applies to certain records and information associated with the following INTERNET PROTOCOL ADDRESSES identified by IN ATTACHMENT A.

| Date | Time (Pacific Time) | IP Address |
|---|---|---|
| 08/06/2018 | 09:33:09 | 66.87.135.0 |
| 08/07/2018 | 00:33:54 | 66.87.134.152 |
| 08/06/2018 | 17:13:27 | 66.87.135.4 |
| 08/05/2018 | 11:55:07 | 66.87.134.239 |
| 08/04/2018 | 07:10:52 | 66.87.119.176 |
| 08/05/2018 | 21:35:26 | 66.87.134.255 |
| 08/04/2018 | 23:19:45 | 66.87.135.187 |
| 08/03/2018 | 14:29:56 | 66.87.134.1 |
| 08/03/2018 | 00:26:04 | 66.87.135.173 |

## II. Records and Other Information to Be Disclosed

Sprint Corp. is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Accounts"), for the dates and times identified in Part I of this Attachment A:

The following information about the customers or subscribers of the Accounts:

1. Names (including subscriber names, user names, and screen names);
2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
3. Local and long distance telephone connection records;
4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
5. Length of service (including start date) and types of service utilized;
6. Telephone and instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI")) used to connect to the Accounts;
7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
8. Means and source of payment for such service (including any credit card or bank account number) and billing records.